

U.S. Department of Justice

United States Attorney
Eastern District of New York

RMS
F. #2023R00346/2025R00675

271 Cadman Plaza East
Brooklyn, New York 11201

January 6, 2026

<u>By ECF and Email</u>

The Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Ryan Russell</u>, No. 25-CR-001

Dear Judge Kuntz and Judge Komitee:

  Pursuant to Local Rule 50.3.2, the government hereby notifies the Court that the above-captioned case against the defendant Ryan Russell ("<u>Jennings</u>") is presumptively related to <u>United States v. Cantre, et al.</u>, No. 24-CR-242 (EK); <u>United States v. Jennings</u>, 24-CR-528 (EK); <u>United States v. Denny</u>, 25-CR-103 (EK) (collectively, "<u>Cantre/Jennings/Denny</u>").

  Local Rule 50.3.2(b)(1) provides for a "presumption that one case is 'related' to another when the facts of each arise out of the same charged criminal scheme(s), transaction(s), or event(s), even if different defendants are involved in each case." Local Rule 50.3.2(c)(1) directs the United States Attorney's Office to "give notice to all relevant judges whenever it appears that one case may be presumptively related to another pursuant to Section (b)(1)."

  This letter constitutes the notice directed by Local Rule 50.3.2(c)(1). <u>Russell</u> is presumptively related to <u>Cantre/Jennings/Denny</u> because the facts of <u>Russell</u> arise out of the same criminal scheme as charged in <u>Cantre/Jennings/Denny</u>. Specifically, the defendant in <u>Russell</u> will be charged by information for theft or receipt of stolen mail matter, and the defendants in <u>Cantre/Jennings/Denny</u> previously were charged by indictment or information in connection with the same stolen mail matter.[1]

---

[1]  The defendants in <u>Cantre/Jennings/Denny</u> each have pleaded guilty.

  Because <u>Russell</u> and <u>Cantre/Jennings/Denny</u> are thus presumptively related, the government respectfully submits that reassignment of <u>Russell</u> would be appropriate, as it would result in a significant savings of judicial resources and serve the interests of justice.

                Respectfully submitted,

                JOSEPH NOCELLA, JR.
                United States Attorney

         By: /s/_____
              Rebecca M. Schuman
              Assistant U.S. Attorney
              (718) 254-7202

cc: Clerk of Court (by ECF)
   Abra Metz-Dworkin, Esq. (by email and ECF)
   David Gopstein, Esq. (by email and ECF)
   Nigel Johnson, Esq. (by email)